UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CASE NO. 3:02-CR-183(RNC) |
| | : |
| KEVIN G. SHANNON, JR. | : |

ORDER

Pursuant to a compliance review hearing held on September 19, 2007, it is hereby ordered that (1) the defendant will pay restitution at the rate of $150.00 per month starting October 2007, and (2) the defendant will takes steps to have his bank transfer the monthly payments directly from his bank account to the Clerk of this Court.

So ordered.

Dated at Hartford, Connecticut this 20th day of September 2007.

                                       ___/s/_____
                                            Robert N. Chatigny
                                    United States District Judge